# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENLEY, individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br> v.<br><br>KOCHAVA, INC.,<br><br>          Defendant. | Case No. 22-cv-01327-BAS-AHG<br><br>**ORDER TERMINATING AS MOOT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br>**(ECF No. 6)** |

On November 2, 2022, Defendant moved to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 6.) Plaintiff did not file an opposition. Rather, he filed a First Amended Complaint on November 21, 2022. (ECF No. 10.)

Federal Rule of Civil Procedure 15(a) provides that a party may file an amended pleading "once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)[.]" Here, Plaintiff filed his amended pleading within 21 days after Defendant served his motion to dismiss under Rule 12(b)(6). Thus, Plaintiff did not require leave of court to amend his pleading, and his First Amended Complaint is now the operative pleading. *See* Fed. R. Civ. P. 15(a). Further, Plaintiff's "amended complaint supersedes the original," and his initial Complaint is now treated as "non-existent." *See Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011). The Court therefore

**TERMINATES AS MOOT** Defendant's motion to dismiss Plaintiff's initial Complaint (ECF No. 6). The newly filed Motion to Dismiss (ECF No. 11) remains active.

      **IT IS SO ORDERED.**

**DATED: January 6, 2023**

Hon. Cynthia Bashant
United States District Judge