Craig J. Mariam  (SBN: 225280)
cmariam@grsm.com
Hazel Mae B. Pangan  (SBN: 272657)
hpangan@grsm.com
Elena A. Kuzminova (SBN: 303838)
ekuzminova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendant
KOCHAVA INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID GREENLEY, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>KOCHAVA, INC.,<br><br>                Defendant. | CASE NO.  22-cv-01327 BAS-AHG<br><br>Honorable Cynthia A. Bashant<br><br>CLASS ACTION<br><br>**DEFENDANT KOCHAVA INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>[Filed Concurrently with Memorandum of Points and Authorities; Declarations of Charles F. Manning & Craig J. Mariam]<br><br>Hearing Date:  April 17, 2023<br>Courtroom:      4B<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

/ / /

/ / /

/ / /

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway, Suite 2000**
**San Diego, CA 92101**

1  **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF**

2  **RECORD:**

3      PLEASE TAKE NOTICE that on April 17, 2023 or as soon thereafter as

4  counsel may be heard, in Courtroom 4B, 221 West Broadway, San Diego, CA

5  92101, Defendant Kochava Inc. ("Kochava") will and hereby does respectfully

6  move this Honorable Court for an order transferring venue to the United States

7  District Court for the District of Idaho, Northern (Coeur d'Alene) Division,

8  pursuant to 28 U.S.C. Section 1404(a).

9      Venue in this case is proper in the United States District Court for the

10  District of Idaho in the first instance under 28 U.S.C. Section 1391, as the

11  United States District Court for the District of Idaho is both a judicial district in

12  which "any defendant resides" and also where "any defendant is subject to the

13  court's personal jurisdiction" with respect to this action.

14      Venue should independently transfer on the grounds that, pursuant to 28

15  U.S.C. Section 1404, the convenience of parties and witnesses and the interests

16  of justice are best served by transferring this action the United States District

17  Court for the District of Idaho. The sole defendant in this action, Kochava, and

18  the majority of its employees, are located in Idaho, and, therefore, they will be

19  extremely inconvenienced by this action proceeding in the Southern District of

20  California. Relatedly, the majority of witnesses and documents concerning this

21  action, if any, will be found and are found in Idaho, further justifying transfer to

22  the Northern Division of the District of Idaho. In addition, venue in the District

23  of Idaho is proper because three substantially similar actions are currently

24  pending in the District of Idaho and, therefore, the transfer of this action to the

25  District of Idaho will serve the interests of justice due to the possible

26  consolidation of discovery and the conservation of time, energy and money, and

27  the avoidance of the possibility of inconsistent judgments.

28      This motion is based on this notice, the concurrently filed memorandum

DEFENDANT KOCHAVA INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER
VENUE [28 U.S.C. § 1404(a)]                    CASE NO. 22-cv-01327

1  of points and authorities, the concurrently filed declarations of Charles F.

2  Manning and Craig J. Mariam, the records and pleadings on file in this action,

3  and upon such further evidence, either oral or documentary that this Court may

4  accept during the hearing.

5      This Motion is made following the conference of counsel that took place

6  on March 7, 2023, pursuant to the Honorable Cynthia A. Bashant's Standing

7  Order, ¶ 4.A. The parties were unable to reach a resolution that would eliminate

8  the need to file this Motion.

9                          Respectfully submitted,

10  Dated:  March 15, 2023        GORDON REES SCULLY
                                   MANSUKHANI, LLP
11

12                          By:  */s/ Craig J. Mariam*
                                   Craig J. Mariam
13                                 Hazel Mae B. Pangan
                                   Elena A. Kuzminova
14                                 Attorneys for Kochava Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

-3-

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on March 15, 2023, a copy of the foregoing document

3

was filed electronically with the Clerk of the Court using the Court's CM/ECF

4

electronic filing system, which will send an electronic copy of this filing to all

5

counsel of record.

6

7
*/s/ Craig J. Mariam*
Craig J. Mariam

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

-4-