1  Craig J. Mariam  (SBN: 225280)
   cmariam@grsm.com
2  Hazel Mae B. Pangan  (SBN: 272657)
   hpangan@grsm.com
3  Elena A. Kuzminova (SBN: 303838)
   ekuzminova@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
5  San Diego, CA 92101
   Telephone:  (619) 696-6700
6  Facsimile:  (619) 696-7124

7  Attorneys for Defendant
   KOCHAVA INC.
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENLEY, individually and on behalf of others similarly situated, | CASE NO.  22-cv-01327 BAS-AHG |
| Plaintiff, | Honorable Cynthia A. Bashant |
| vs. | CLASS ACTION |
| KOCHAVA, INC., | **DECLARATION OF CHARLES F. MANNING IN SUPPORT OF DEFENDANT KOCHAVA INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |
| Defendant. | |
| | [Filed Concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Craig J. Mariam] |
| | Hearing Date:  April 17, 2023<br>Courtroom:      4B |

/ / /

/ / /

/ / /

/ / /

-1-
DECLARATION OF CHARLES F. MANNING IN SUPPORT OF MOTION TO
TRANSFER VENUE [28 U.S.C. § 1404(a)]                                   CASE NO. 22-cv-01327

# DECLARATION OF CHARLES F. MANNING

I, Charles F. Manning, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am the Chief Executive Officer ("CEO") for Defendant Kochava Inc. ("Kochava"). I am over the age of 18 years and am otherwise competent to testify in this case and in a court of law. The matters stated herein are of my own personal knowledge, and if called to testify, I would and could do so. Records relied on in making this declaration have been kept in the course of a regularly conducted business activity. It has been the regular practice of Kochava to create and maintain these records as part of its regularly conducted business activity. I submit this declaration in support of Kochava's Motion to Transfer Venue.

2. As part of my responsibilities as the CEO, I am familiar with the manner and methods under which Kochava creates and maintains records in the ordinary course of its business operations, including Kochava's records in connection with Kochava's personnel. In addition, as part of my job responsibilities and duties as Kochava's CEO, I determine Kochava's business strategies, including all operational, sales, and marketing aspects, and oversee the team of executives and employees responsible for carrying out those initiatives. I am well-informed and aware of all of Kochava's services and products.

3. Kochava is a Delaware corporation headquartered at 201 Church Street, Sandpoint, Idaho 83864. Kochava is a business-to-business ("B2B") company that operates two business units, which offer digital marketing and analytics services. Kochava's primary business unit provides mobile advertising attribution and analytics, through a set of customizable software tools ("Software as a Service" aka "SAAS"), which entails the use of Kochava's proprietary software development kits, or "SDKs," to maintain and improve the performance of a clients' software, including apps. The purpose of the SDKs is to support the apps' internal operations, including analyzing the apps'

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

functioning. Kochava's SDK can be integrated into a mobile app along with other SDKs as part of the mobile advertising data ecosystem.

4. Distinct and separate from Kochava's mobile advertising and attribution unit, Kochava's secondary business unit, the Kochava Collective ("Collective"), is an aggregator of third-party provided mobile device data, which Kochava makes available through its proprietary data marketplace.

5. Kochava produces no physical goods of any kind, nor does Kochava market or sell any products or services to consumers.

6. Kochava was formed in October of 2011, having grown from a single office in Idaho to two additional, small offices in Portland, Oregon and Dublin, Ireland under its foreign affiliate, Kochava Ireland, LTD. Kochava neither owns nor leases any real property in California. Kochava also does not have a corporate mailing address or telephone number in California. Kochava does not advertise through print media, billboards, television, radio, or any other traditional form of advertising in California.

7. Kochava's headquarters are located in Sandpoint, Idaho. All of Kochava's corporate decisions are made here, including the development, marketing and operations of its two primary business units – mobile advertising attribution unit and the Collective. The majority of Kochava's officers and directors are also located in Kochava's headquarters in Sandpoint, Idaho.

8. Kochava's business records are also kept in Idaho, and Kochava's servers that store and process services-related data are located in Liberty Lake, Washington, near the Washington-Idaho border.

9. Kochava employs approximately 167 employees and personnel, the majority of whom are based and/or located in Sandpoint, Idaho.

10. None of Kochava's employees are located in San Diego County, California. Other than a small handful of sales personnel who work out of their own homes in California, and none of whom work or have ever worked on

1  development of Kochava's SDK services or the Kochava Collective in any
2  respect (which are the only services at issue in this litigation), Kochava has no
3  corporate offices or affiliates in California.
4      I declare under penalty of perjury under the laws of the United States of
5  America and California that the foregoing is true and correct and that I executed
6  this declaration on March 14, 2023 at Sandpoint, Idaho.

*Charles Manning*
SignNow e-signature ID: c241fdb272...
03/14/2023 22:12:04 UTC

Charles F. Manning

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway, Suite 2000**
**San Diego, CA 92101**

-4-
DECLARATION OF CHARLES F. MANNING IN SUPPORT OF MOTION TO
TRANSFER VENUE [28 U.S.C. § 1404(a)]                                CASE NO. 22-cv-01327

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

*/s/ Craig J. Mariam*_____
Craig J. Mariam