| | |
|---|---|
| 1 | Craig J. Mariam  (SBN: 225280) |
| | cmariam@grsm.com |
| 2 | Hazel Mae B. Pangan  (SBN: 272657) |
| | hpangan@grsm.com |
| 3 | Elena A. Kuzminova (SBN: 303838) |
| | ekuzminova@grsm.com |
| 4 | GORDON REES SCULLY MANSUKHANI, LLP |
| | 101 W. Broadway, Suite 2000 |
| 5 | San Diego, CA 92101 |
| | Telephone:  (619) 696-6700 |
| 6 | Facsimile:  (619) 696-7124 |
| 7 | Attorneys for Defendant |
| | KOCHAVA INC. |
| 8 | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID GREENLEY, individually and on behalf of others similarly situated, | ) | CASE NO.  22-cv-01327 BAS-AHG |
| | ) | Honorable Cynthia A. Bashant |
| Plaintiff, | ) | |
| | ) | CLASS ACTION |
| vs. | ) | |
| | ) | **DECLARATION OF CRAIG J. MARIAM IN SUPPORT OF DEFENDANT KOCHAVA INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |
| KOCHAVA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | [Filed Concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Charles F. Manning] |
| | ) | |
| | ) | Hearing Date:  April 17, 2023 |
| | ) | Courtroom:     4B |

25 / / /

26 / / /

27 / / /

28 / / /

# DECLARATION OF CRAIG J. MARIAM

I, Craig J. Mariam, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am over the age of eighteen and make this declaration based on personal knowledge, except those matters stated on information and belief, and, as to those matters, I believe them to be true. If called as a witness, I could and would competently testify to the same. Any report, compilation, or document relied upon me in this declaration were created, made and maintained in the regular course of business, at or near the time of the act, condition or event so referenced.

2. I am an attorney licensed to practice in the various jurisdictions in the United States of America and a Partner with the law firm Gordon Rees Scully Mansukhani, LLP, counsel for Defendant Kochava Inc. ("Kochava") in the above-captioned case.

3. I submit this declaration in support of Kochava's Motion to Transfer Venue.

4. A true and correct copy of the Complaint filed by Kochava on August 12, 2022 in the case captioned *Kochava, Inc. v. Federal Trade Commission*, No. 2:22-cv-00349-BLW, United States District Court, District of Idaho, which was obtained from that court's CM/ECF System, is attached hereto as Exhibit A.

5. A true and correct copy of the Complaint filed by the Federal Trade Commission ("FTC") on August 29, 2022 in the case captioned *Federal Trade Commission v. Kochava*, No. 2:22-cv-00377-BLW, United States District Court, District of Idaho, which was obtained from that court's CM/ECF System, is attached hereto as Exhibit B. The Court in the foregoing action recently held a hearing, on February 21, 2023, on Kochava's Motion to Dismiss the FTC's Complaint on, inter alia, constitutionality grounds and for failing to state a claim under any cognizable law or regulation. The Court took the matter under

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1  submission with a ruling expected soon.

2      6.    A true and correct copy of the Complaint filed by Plaintiff Cindy
3  Murphy as a putative class action on February 1, 2023 in the case captioned
4  *Cindy Murphy v. Kochava, Inc.*, No. 2:23-cv-00058-REP, United States District
5  Court, District of Idaho, which was obtained from that court's CM/ECF System,
6  is attached hereto as <u>Exhibit C</u>. Kochava intends to file a notice of related case
7  citing the prior-filed FTC cases in that action in the same District Court.

8      I declare under penalty of perjury under the laws of the United States of
9  America and California that the foregoing is true and correct and that I executed
10 this declaration on March 15, 2023.

                           */s/ Craig J. Mariam*
                            Craig J. Mariam

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

-3-
DECLARATION OF CRAIG J. MARIAM IN SUPPORT OF MOTION TO TRANSFER
VENUE [28 U.S.C. § 1404(a)]                          CASE NO. 22-cv-01327

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

>  */s/ Craig J. Mariam*
>  Craig J. Mariam

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

-4-
DECLARATION OF CRAIG J. MARIAM IN SUPPORT OF MOTION TO TRANSFER VENUE [28 U.S.C. § 1404(a)]          CASE NO. 22-cv-01327