Craig J. Mariam  (SBN: 225280)
cmariam@grsm.com
Hazel Mae B. Pangan  (SBN: 272657)
hpangan@grsm.com
Elena A. Kuzminova (SBN: 303838)
ekuzminova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendant
KOCHAVA INC.

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway, Suite 2000**
**San Diego, CA 92101**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENLEY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KOCHAVA, INC.,<br><br>Defendant. | CASE NO.  22-cv-01327 BAS-AHG<br><br>Honorable Cynthia A. Bashant<br><br>CLASS ACTION<br><br>**DEFENDANT KOCHAVA INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>[Filed Concurrently with Memorandum of Points and Authorities; Declarations of Charles F. Manning & Craig J. Mariam]<br><br>Hearing Date:  April 17, 2023<br>Courtroom:      12B<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

/ / /

/ / /

/ / /

DEFENDANT KOCHAVA INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER
VENUE [28 U.S.C. § 1404(a)]                                        CASE NO. 22-cv-01327

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 17, 2023 or as soon thereafter as counsel may be heard, in Courtroom 12B, 333 W Broadway, San Diego, CA 92101, Defendant Kochava Inc. ("Kochava") will and hereby does respectfully move this Honorable Court for an order transferring venue to the United States District Court for the District of Idaho, Northern (Coeur d'Alene) Division, pursuant to 28 U.S.C. Section 1404(a).

Venue in this case is proper in the United States District Court for the District of Idaho in the first instance under 28 U.S.C. Section 1391, as the United States District Court for the District of Idaho is both a judicial district in which "any defendant resides" and also where "any defendant is subject to the court's personal jurisdiction" with respect to this action.

Venue should independently transfer on the grounds that, pursuant to 28 U.S.C. Section 1404, the convenience of parties and witnesses and the interests of justice are best served by transferring this action the United States District Court for the District of Idaho. The sole defendant in this action, Kochava, and the majority of its employees, are located in Idaho, and, therefore, they will be extremely inconvenienced by this action proceeding in the Southern District of California. Relatedly, the majority of witnesses and documents concerning this action, if any, will be found and are found in Idaho, further justifying transfer to the Northern Division of the District of Idaho. In addition, venue in the District of Idaho is proper because three substantially similar actions are currently pending in the District of Idaho and, therefore, the transfer of this action to the District of Idaho will serve the interests of justice due to the possible consolidation of discovery and the conservation of time, energy and money, and the avoidance of the possibility of inconsistent judgments.

This motion is based on this notice, the concurrently filed memorandum

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

-2-

1  of points and authorities, the concurrently filed declarations of Charles F.

2  Manning and Craig J. Mariam, the records and pleadings on file in this action,

3  and upon such further evidence, either oral or documentary that this Court may

4  accept during the hearing.

5      This Motion is made following the conference of counsel that took place

6  on March 7, 2023, pursuant to the Honorable Cynthia A. Bashant's Standing

7  Order, ¶ 4.A. The parties were unable to reach a resolution that would eliminate

8  the need to file this Motion.

9                                Respectfully submitted,

10  Dated:  March 15, 2023          GORDON REES SCULLY
                                    MANSUKHANI, LLP
11

12                              By:  */s/ Craig J. Mariam*

13                                   Craig J. Mariam
                                     Hazel Mae B. Pangan
14                                   Elena A. Kuzminova
15                                   Attorneys for Kochava Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

-3-

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on March 16, 2023, a copy of the foregoing document

3     was filed electronically with the Clerk of the Court using the Court's CM/ECF el

4     ectronic filing system, which will send an electronic copy of this filing to all cou

5     nsel of record.

6

7                                             */s/ Craig J. Mariam*
                                              Craig J. Mariam

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway, Suite 2000**
**San Diego, CA 92101**

-4-

DEFENDANT KOCHAVA INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER
VENUE [28 U.S.C. § 1404(a)]                              CASE NO. 22-cv-01327