Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343
F: 866-219-8344

*Attorneys for Plaintiff David Greenly and The Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br><br><br>KOCHAVA, INC.,<br><br>Defendant. | CASE NO: 22-CV-01327 BAS-AHG<br><br>CLASS ACTION<br><br>JOINT MOTION TO RESET MOTION HEARING DATE AND SET BRIEFING SCHEDULE |

1

WHEREAS, Defendant, Kochava, Inc., refiled its motion to change venue on March 20, 2023 [Dkt. No. 21], which currently sets the hearing date of April 17, 2023;

WHEREAS, the parties have conferred and now jointly request to move the motion hearing date and set forth an agreed upon briefing schedule

WHEREFORE, Plaintiffs' and Defendant stipulate and jointly move for an extension of the motion hearing date and briefing schedule as follows:

1. Subject to Court approval, the time for Plaintiffs opposition to Defendant's motion to change venue shall be extended up to and including April 17, 2023.
2. Subject to Court approval, the time for Defendant's reply to Plaintiffs' opposition shall be extended up to and including May 8, 2023.
3. The parties jointly request that the hearing date on Defendant's Motion to Change Venue be continued until May 15, 2023.

Date: March 22, 2023

Respectfully submitted,

By: *s/ Joshua Swigart*
Joshua B. Swigart, Esq.
**SWIGART LAW GROUP**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Telephone: 866-219-3343
*Josh@SwigartLawGroup.com*
Attorneys for Plaintiffs

Date: March 22, 2023

By: *s/Craig J. Mariam*
**GORDON REES SCULLY MANSUKHANI**
633 West 5th Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
*cmariam@gordonrees.com*
Attorneys for Defendant