# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENLEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KOCHAVA, INC.,<br><br>　　　　　　Defendant. | Case No. 22-cv-01327-BAS-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE AMENDED PLEADINGS (ECF No. 34)** |

　　Pending before the Court is a joint motion seeking leave for Plaintiff David Greenley to file a Second Amended Complaint. (ECF No. 34). Plaintiff's proposed Second Amended Complaint adds two new plaintiffs Shahnaz Zarif and Sheri Bate. All parties consent to the filing of these amended pleadings. (*Id.*)

　　Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading "with the opposing party's written consent." Because here the opposing parties consent to the filing of the amended pleadings, a court order is not necessary. Fed. R. Civ. P. 15(a)(2). That said, the Court **GRANTS** the parties' motion for leave to file amended

pleadings (ECF No. 34).  Accordingly, Plaintiff shall file his Second Amended Complaint (ECF No. 34-1) no later than **November 10, 2023**.

      **IT IS SO ORDERED.**

**DATED: November 3, 2023**

Hon. Cynthia Bashant
United States District Judge