Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

[Additional Counsel on Signature Page]
*Attorneys for Plaintiffs David Greenley, Shahnaz Zarif,*
*and Sheri Bate and The Putative Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID GREENLEY, SHAHNAZ ZARIF, and SHERI BATE individually and on behalf of others similarly situated,** | CASE NO: 22-CV-01327 BAS-AHG |
| **Plaintiffs,** | **NOTICE OF MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 41(A)(2) AS TO PLAINTIFF DAVID GREENLEY ONLY** |
| **vs.** | **DATE: JANUARY 22, 2024** |
| | **\*\*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT\*\*** |
| **KOCHAVA, INC.,** | |
| **Defendant.** | **[HON. CYNTHIA A. BASHANT]** |

**TO: ALL PARTIES AND THEIR COUNSEL OF REORD**

 PLEASE TAKE NOTICE THAT, that Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff, David Greenley, only, hereby moves for the Voluntary Dismissal of his claims in the above-entitled action against Defendant. Defendant opposes this Motion. Pursuant the Court's chamber rules, there will be no oral argument unless requested by the Court.

 THIS MOTION will be based on (1) this Notice of Motion, (2) the Memorandum of Points and Authorities, and (3) the Declaration of Joshua B. Swigart.

Respectfully submitted,

Date: December 12, 2023

By: *s/ Joshua Swigart*
Joshua B. Swigart, Esq.
**SWIGART LAW GROUP**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Telephone: 866-219-3343
Facsimile: 866-219-8344
*Josh@SwigartLawGroup.com*

Peter F. Barry (*Admitted Pro Hac Vice*)
**THE BARRY LAW OFFICE, LTD**
333 Washington Ave No, Suite 300-9038
Minneapolis MN 55401-1353
Telephone: (612) 379-8800
*pbarry@lawpoint.com*

Daniel O. Herrera (*Admitted Pro Hac Vice*)
Nickolas J. Hagman (*Pro Hac Vice Pending*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

John J. Nelson (SBN 317598)
**Milberg Coleman Bryson Phillips Grossman**
280 South Beverly Drive 90212
Beverly Hills, CA 90212
619-209-6941
Email: jnelson@milberg.com

*Attorneys for Plaintiff*
*and the Proposed Class*