Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

[Additional Counsel on Signature Page]
*Attorneys for Plaintiffs and The Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHNAZ ZARIF, and SHERI BATE, individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>KOCHAVA, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 22-cv-01327 BAS-AHG<br><br>Honorable Cynthia A. Bashant<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF JOINT STIPULATION TO TEMPORARILY STAY THE PROCEEDINGS; DOCKET NO. 60**<br><br>Courtroom:　12B |

1

1    Plaintiffs Shahnaz Zarif and Sheri Bate ("Plaintiffs"), provide notice withdrawing
2  the Joint Stipulation to Temporarily Stay the Proceedings, Docket No. 60.

Dated: March 21, 2024           **SWIGART LAW GROUP, APC**

By: /s/ Joshua B. Swigart
Joshua B. Swigart
Joshua B. Swigart, Esq.
**Swigart Law Group**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Telephone: 866-219-3343
Facsimile: 866-219-8344
*Josh@SwigartLawGroup.com*

Peter F. Barry (admitted *pro hac vice*)
**The Barry Law Office, Ltd**
333 Washington Ave No, Suite 300-9038
Minneapolis MN 55401-1353
Telephone: (612) 379-8800
*pbarry@lawpoint.com*

Daniel O. Herrera (admitted *pro hac vice*)
Nickolas J. Hagman (admitted *pro hac vice*)
**Cafferty Clobes**
**Meriwether & Sprengel LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
*dherrera@caffertyclobes.com*
*nhagman@caffertyclobes.com*

John J. Nelson (SBN 317598)

2

NOTICE OF WITHDRAWAL OF JOINT STIPULATION TO TEMPORARILY STAY
PROCEEDINGS
CASE NO. 22-cv-01327

**Milberg Coleman Bryson Phillips Grossman**
280 South Beverly Drive
Beverly Hills, CA 90212
619-209-6941
Email: jnelson@milberg.com

*Attorneys for Plaintiffs and the Proposed Class*

3

NOTICE OF WITHDRAWAL OF JOINT STIPULATION TO TEMPORARILY STAY PROCEEDINGS
CASE NO. 22-cv-01327