UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHAHNAZ ZARIF and SHERI BATE, individually and on behalf of others similarly situated

Plaintiffs,

v.

KOCHAVA, INC.,

Defendant.

Case No.:  3:22-cv-01327-BAS-AHG

**ORDER SETTING STATUS CONFERENCE**

Upon a review of the docket (*see* ECF No. 75), the Court **SETS** a Status Conference for **July 11, 2024** at **1:30 p.m.** before the Honorable Allison H. Goddard *via videoconference*.

A.     No pre-conference submissions are required. Court staff will provide Zoom invitations to counsel ahead of the conference.

B.     All participants shall display the same level of professionalism during the Status Conference and be prepared to devote their full attention to the conference as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant

should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

      C.    Counsel are advised that although the Status Conference will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated:  June 17, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge