# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHNAZ ZARIF and SHERI BATE, individually and on behalf of others similarly situated<br><br>                              Plaintiffs,<br><br>v.<br><br>KOCHAVA, INC.,<br><br>                              Defendant. | Case No.:  3:22-cv-01327-BAS-AHG<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

The Court held a Status Conference on July 10, 2024. ECF No. 77. As discussed with counsel, the Court orders as follows:

1. The parties must file a Joint Status Report by **August 26, 2024**.

2. The Court will take further action upon review of the parties' Joint Status Report, such as setting another status conference or other deadlines.

**IT IS SO ORDERED.**

Dated:  July 10, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge