Craig J. Mariam (SBN: 225280)
cmariam@grsm.com
Hazel Mae B. Pangan (SBN: 272657)
hpangan@grsm.com
Elena A. Kuzminova (SBN: 303838)
ekuzminova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendant
Kochava Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENLEY, SHAHNAZ ZARIF, and SHERI BATE, individually and on behalf of others similarly situated, | Case No.: 22-cv-01327 BAS-AHG |
| Plaintiffs, | Honorable Cynthia A. Bashant |
| vs. | CLASS ACTION |
| KOCHAVA, INC., | **JOINT STATUS REPORT** |
| Defendant. | Courtroom:     12B |

Pursuant to this Court's Minute Ordered entered on July 10, 2024 (ECF No. 78), counsel for the Plaintiffs Shahnaz Zarif and Sheri Bate ("Plaintiffs"), and counsel for the Defendant, Kochava Inc. ("Defendant" or "Kochava") (collectively, the "Parties"), hereby respectfully submit this joint status report following the Parties' mediation on June 3, 2024.

1.  On June 3, 2024, the Parties participated in mediation with Antonio Piazza of Mediated Negotiations.

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

2.  As discussed in the Parties' June 17, 2024, Joint Status Report (ECF. 75) and at the July 10, 2024 status conference, the Parties have reached a resolution in principle at the mediation.

3.  The Parties are currently exchanging final comments and edits to the class action settlement agreement and release – which is a detailed document as it addresses a number of pending actions.

4.  The resolution in principle achieved at mediation would resolve two additional actions pending in Idaho and Massachusetts, *Murphy v. Kochava, Inc.,* 2:23-cv-00058-BLW (D. Idaho) and *Maattala v. Kochava, Inc.*, 1:22-cv-1143-IT (D. Mass.)

5.  The parties intend to file a dismissal without prejudice of this matter within approximately a week.

Dated: August 26, 2024

GORDON REES SCULLY
MANSUKHANI LLP

By:  */s/ Craig J. Mariam*
      Craig J. Mariam
      Hazel M. Pangan
      Elena A. Kuzminova
      Attorneys for Defendant
      Kochava Inc.

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

2

1

2

3

4

5   Dated: August 26, 2024                SWIGART LAW GROUP, APC

6

7                                By:   */s/ Joshua B. Swigart*

8                                      Joshua B. Swigart
                                       Attorneys for Plaintiffs Shahnaz
9                                      Zarif and Sheri Bate

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Gordon Rees Scully Mansukhani, LLP*
101 W. Broadway, Suite 2000
San Diego, CA  92101

3