UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHNAZ ZARIF and SHERI BATE, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>KOCHAVA, INC.,<br><br>Defendant. | Case No.:  3:22-cv-01327-BAS-AHG<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

Upon a review of the parties' joint status report (ECF No. 81), and after discussions with counsel during the September 11, 2024, status conference (ECF No. 83), the Court **SETS** a Status Conference for **October 16, 2024** at **9:30 a.m.** before the Honorable Allison H. Goddard *via videoconference*.

A. If the parties timely file a Joint Motion for Dismissal or Motion for Preliminary Approval of Class Action Settlement, the Status Conference will be vacated.

B. If no motion from ¶ A has been filed, the parties must file a Joint Status Report by **October 15, 2024 at 11:00 a.m.**

      C.     Court staff will provide Zoom invitations to counsel ahead of the conference.

      D.     All participants shall display the same level of professionalism during the Status Conference and be prepared to devote their full attention to the conference as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

      E.     Counsel are advised that although the Status Conference will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated:  September 11, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge