Craig J. Mariam (SBN: 225280)
cmariam@grsm.com
Hazel Mae B. Pangan (SBN: 272657)
hpangan@grsm.com
Elena A. Kuzminova (SBN: 303838)
ekuzminova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendant
Kochava Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENLEY, SHAHNAZ ZARIF, and SHERI BATE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KOCHAVA, INC.,<br><br>Defendant. | Case No.: 22-cv-01327 BAS-AHG<br><br>Honorable Cynthia A. Bashant<br><br>CLASS ACTION<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>**[FRCP 41(a)(1)(ii)]**<br><br>Courtroom:    12B |

1

Plaintiffs Shahnaz Zarif and Sheri Bate ("Plaintiffs") and Defendant Kochava Inc. ("Kochava") (collectively, the "Parties"), hereby stipulate and agree that this action be dismissed without prejudice, each party bearing their own fees and expenses, and jointly move this Court and through their undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) for an order dismissing this action without prejudice.

**IT IS SO STIPULATED.**

Dated: October 14, 2024        GORDON REES SCULLY MANSUKHANI LLP

By:  /*s*/ Craig J. Mariam
    Craig J. Mariam
    Hazel M. Pangan
    Elena A. Kuzminova
    Attorneys for Defendant
    Kochava Inc.

Dated: October 14, 2024        SWIGART LAW GROUP, APC

By:  /*s*/ Joshua B. Swigart
    Joshua B. Swigart
    Attorneys for Plaintiffs Shahnaz
    Zarif and Sheri Bate